IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| DEB Worldwide Healthcare, Inc., DEB IP, LTD., and DEB SBS, INC.<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BETCO, Corp.,<br><br>　　　　　Defendant. | Case No: 3:08-cv-52-C (BBC)<br><br>**ORDER** |

**AMENDED SCHEDULING Order**

| Event | Current Date | New Date |
|---|---|---|
| Parties to exchange claim construction terms to be construed by the Court | April 25, 2008 | May 14, 2008 |
| Last day to file opening claim construction briefs | May 28, 2008 | Same |
| Last day to file claim construction response briefs | June 11, 2008 | Same |
| Markman Hearing | June 20, 2008 | Same |

Dated: 5-1-08

_____
~~Barbara crabb~~
United States ~~District~~ Judge
　　　　MAGISTRATE